UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 14-2363 RGK (RAO) | Date: | May 8, 2015 |
| Title: | Aaron Raiser v. City of Temecula, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

     On December 5, 2014, plaintiff Aaron Raiser ("Plaintiff"), proceeding *pro se*, filed a Complaint ("Complaint") against (1) the City of Temecula, (2) the County of Riverside, and (3) Does 1-10, alleging certain violations of 42 U.S.C. § 1983. Plaintiff's deadline to file proofs of service of the Complaint and summons (dated December 5, 2014) was set to expire on April 6, 2015. On March 5, 2015, the County of Riverside filed an answer to the Complaint. On April 6, 2015, Plaintiff filed a motion to extend the deadline to serve the City of Temecula and Does 1-10. The Court granted Plaintiff's motion, in part, on April 9, 2015 and extended the deadline to serve the City of Temecula and Does 1-10 through Monday, April 27, 2015. As of today, Thursday, May 7, 2015, Plaintiff has not filed the required proofs of service.

     In light of the foregoing, IT IS HEREBY ORDERED that Plaintiff must show cause, in writing, on or before **May 15, 2015**, why this action should not be dismissed due to Plaintiff's failure to prosecute. Plaintiff is hereby cautioned that failing to comply with this Order, and/or to show cause, will result in the dismissal of this action for failure to prosecute.

     **IT IS SO ORDERED.**

:
Initials of Preparer    gr